**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| TRISHA RENE STAHLMAN, | ) | CASE NO. 08-13872 |
| | ) | Chapter 7 |
| DEBTOR(S). | ) | |

**NOTICE OF SMALL DIVIDENDS**

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Dupont Hospital | 2520 East Dupont Road<br>Fort Wayne, IN 46825 | $0.94 |
| Indiana Surgical Specialists | Snow & Sauerteig, LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $3.03 |
| Redi Med | Snow & Sauerteig, LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $0.80 |
| Allied Hospital | Snow & Sauerteig, LLP<br>203 E. Berry St.<br>Suite 1310<br>Fort Wayne, IN 46802 | $1.27 |
| Indiana Department of Revenue | Bankruptcy Section, N-240<br>100 N. Senate Ave.<br>Indianapolis, IN 46204 | $1.28 |

- 2 -

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| American Electric Power | P.O. Box 2021<br>Roanoke, VA 24022-2121 | $1.96 |
| American Electric Power | P.O. Box 2021<br>Roanoke, VA 24022-2121 | $2.47 |
| Business & Professionals, Inc. | 2200 Lake Avenue<br>Suite 230<br>Fort Wayne, IN 46805-5351 | $2.19 |
| | Total | $13.94 |

**WHEREFORE**, Trustee is depositing the total sum of $13.94 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: July 14, 2010**

                **Respectfully submitted,**

                **CHAPTER 7 TRUSTEE**
                **444 EAST MAIN STREET**
                **FORT WAYNE, INDIANA 46802**
                **TELEPHONE: (260) 426-0444**
                **FAX: (260) 422-0274**
                **EMAIL: mseifert@hallercolvin.com**

                **BY: /s/ Martin E. Seifert**
                  **MARTIN E. SEIFERT**
                  **I.D. #16857-02**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 14th day of July, 2010, to:

>Randall Brian Stiles, Esq.
>Stiles Law Office
>110 W. Berry St.
>Suite 1910
>Fort Wayne, IN 46802
>
>United States Trustee
>555 One Michiana Square
>100 East Wayne Street
>South Bend, Indiana 46601
>
>Dupont Hospital
>2520 East Dupont Road
>Fort Wayne, IN 46825
>
>Indiana Surgical Specialists
>Snow & Sauerteig, LLP
>203 E. Berry St.
>Suite 1310
>Fort Wayne, IN 46802
>
>Redi Med
>Snow & Sauerteig, LLP
>203 E. Berry St.
>Suite 1310
>Fort Wayne, IN 46802
>
>Allied Hospital
>Snow & Sauerteig, LLP
>203 E. Berry St.
>Suite 1310
>Fort Wayne, IN 46802

- 4 -

Indiana Department of Revenue
Bankruptcy Section, N-240
100 N. Senate Ave.
Indianapolis, IN 46204

American Electric Power
P.O. Box 2021
Roanoke, VA 24022-2121

Business & Professionals, Inc.
2200 Lake Avenue
Suite 230
Fort Wayne, IN 46805-5351

    /s/ Martin E. Seifert
**MARTIN E. SEIFERT**